■ In the Matter of CORA P. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANN P., Appellant. (Proceeding No. 1.) In the Matter of OLA P. NASSAU COUNTY DEPART-

MENT OF SOCIAL SERVICES, Respondent; ANN P., Appellant. (Proceeding No. 2.) [852 NYS2d 806]—

The petitioner Nassau County Department of Social Services demonstrated by clear and convincing proof (*see* Social Services Law § 384-b [3] [g]) that the mother is presently, and will be for the foreseeable future, unable by reason of mental illness to provide proper and adequate care for the subject children (*see* Social Services Law § 384-b [4] [c]; *Matter of Amanda Ann B.,* 38 AD3d 537, 538 [2007]; *Matter of Imelda R.,* 32 AD3d 519, 520-521 [2006]; *Matter of Lina Catalina R.,* 21 AD3d 563, 564 [2005]; *Matter of Harlem Dowling-Westside Ctr. for Children & Family Servs. v Marion L.C.,* 264 AD2d 845 [1999]).

The mother's remaining contentions are without merit. Spolzino, J.P., Angiolillo, Balkin and Leventhal, JJ., concur.